IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MAGANA REYNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINDA HENKELMAN, ET AL.,<br><br>　　　　Defendant.<br>_____/ | No. 5:11-cv-03189-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On March 13, 2012, the ADR Mediator, having filed a Certification of Mediation that the case had fully settled (See Docket Item No. 13), the parties are ordered to appear before the Honorable Edward J. Davila on **April 27, 2012 at 9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **April 17, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **April 17, 2012.**

All other pretrial deadlines and hearing dates are vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: March 14, 2012

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE